384 P.2d 901

## RIO ARRIBA COUNTY BOARD OF EDUCATION, Petitioner,

v.

## The Honorable Luis E. ARMIJO, District Judge, Sitting in the First Judicial District, State of New Mexico, Respondent.

### No. 7463.

Supreme Court of New Mexico.

Sept. 9, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

384 P.2d 901

### H. Marvin VAUGHN, Petitioner,

v.

### Howard F. HOUK, Chairman, and Manuel Brown, Director, State Parole Board of New Mexico, and A. K. Montgomery, President of the Penitentiary of New Mexico, Inc., a New Mexico Corporation, Enjoined Respondents.

### No. 37 HC.

Supreme Court of New Mexico.

Sept. 10, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied for the reason that petitioner has not exhausted his district court remedy.